SWANSON, J.,
dissenting.
I disagree that the parties’ agreement as to attorney’s fees was 'unenforceable following the-appeal of the final judgment in R.J. Reynolds Tobacco Co. v. Webb, 93 So.3d 331 (Fla. 1st DCA 2012), in which this court expressly held: “We do not disturb the final judgment as to liability, but we vacate the damages award and remand for further proceedings.” Id. at 333. Given that the final judgment as to appellant’s liability was not disturbed on appeal, it was undisputed that appellee was entitled to collect damages. The only question was the amount of those damages. Under these circumstances, the final judgment was not reversed, on appeal so as to void appellant’s- obligation to pay attorney’s fees under the parties’ agreement. Accordingly, I would affirm the attorney’s fee award.